IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:03CR136
                               )
       v.                      )
                               )
MICHAEL WILLIAMS,              )          ORDER
                               )
              Defendant.       )
_____)
```

IT IS ORDERED that a hearing on plaintiff's motion for Rule 35 (Fling No. 40) is scheduled for:

**Friday, January 13, 2006, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 15th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court