IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )        8:03CR136
                             )
       v.                    )
                             )
MICHAEL WILLIAMS,            )        ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on the amended petition for warrant of summons for offender under supervision (Filing No. 74). On June 25, 2013, the defendant appeared with counsel, Michael J. Tasset, and the plaintiff was represented by David M. Wear. Defendant admitted Allegations 2 and 10. Allegations 1 and 3 through 9 were dismissed on the motion of the government.

The Court revoked the defendant's supervised release and committed the defendant to the Bureau of Prisons for a term of ten months. No further term of supervised release is imposed. Accordingly,

IT IS ORDERED:

1) Defendant supervised release is revoked and he is committed to the Bureau of Prisons for a period of ten (10) months.

2) Upon completion of said sentence, defendant's supervised release will be terminated.

DATED this 26th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

```
                              _____
                              Signature of Defendant
```

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

```
                              UNITED STATES WARDEN


                              By:_____
```

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

```
                              UNITED STATES WARDEN


                              By: _____
```